UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KENIA CONTRERAS, MAILYN SANTOS and
JOSE TORIBIO GOMEZ,
individually and on behalf of all others similarly situated

Plaintiffs,

- against-

PARRILLA LATINA RESTAURANT, INC. d/b/a
PARRILLA LATINA, and ISIDRO RAMIREZ
a/k/a LEO RAMIREZ a/k/a/ YSIDRO RAMIREZ
and CARIDAD INTERNATIONAL RESTAURANT, INC.
Defendants.
------------------------------------------------------------x

Index No. 13 CV 7631
(AJP)

NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the Declaration of JONATHAN WEINBERGER, ESQ., the Exhibits annexed thereto, plaintiffs, by and through their attorneys, shall move this Court, before the Hon. Andrew J. Peck, at the United States Courthouse, 500 Pearl Street, New York, New York, on April 17, 2014, for a judgment as follows: Plaintiffs KENIA CONTRERAS, MAILYN SANTOS and JOSE TORIBIO GOMEZ shall have judgment against defendants PARRILLA LATINA RESTAURANT, INC. d/b/a PARRILLA LATINA, and ISIDRO RAMIREZ a/k/a LEO RAMIREZ a/k/a/ YSIDRO RAMIREZ and CARIDAD INTERNATIONAL RESTAURANT, INC., jointly and severally, in the sum of $200,000.00, and

such other and further relief as to the Court seems just and proper.

Dated: New York, New York
   April 10, 2014

          Law Offices of Jonathan Weinberger
          Attorneys for Plaintiff

          BY: _____
          Jonathan Weinberger (JW-2425)
          880 Third Avenue, 13th Fl.
          New York, New York 10022
          (212) 752-3380

To: HOFFMAN & ASSOCIATES
  Attorneys for the Defendants
  450 Seventh Avenue, Suite 1400
  New York, New York 10123