USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/25/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
KENIA CONTRERAS, MAILYN SANTOS and
JOSE TORIBIO GOMEZ,
individually and on behalf of all others similarly situated

Plaintiffs,

- against-

PARRILLA LATINA RESTAURANT, INC. d/b/a PARRILLA
LATINA, and ISIDRO RAMIREZ a/k/a LEO RAMIREZ a/k/a/
YSIDRO   RAMIREZ  and  CARIDAD  INTERNATIONAL
RESTAURANT, INC.

Defendants.
----------------------------------------------------------------x

Index No.13 CV 7631
(LAK)

ORDER

    WHEREAS, WHEREAS, a judgment was entered in this Court on April 18, 2014, in the amount of $200,000.00 in favor of plaintiffs and against defendants, jointly and severally, with interest from April 18, 2014; and

    WHEREAS, plaintiffs served a restraining notice on JPMorgan Chase Bank NA on August 12, 2014; and

    WHEREAS, the parties desire that the restraining notice be lifted for defendants to make certain payments, and

    WHEREAS, CPLR § 5222(c) requires leave of Court to serve more than one restraining notice upon the same person with respect to the same judgment or order; and

    WHEREAS, the parties do not wish to impair plaintiffs' right to serve further restraining

notice on JP Morgan Chase Bank NA.

IT HEREBY STIPULATED AND AGREED between the parties as follows:

1. Plaintiffs may serve a second restraining notice on JP Morgan Chase Bank NA at their discretion upon any default in payment of the judgment entered in this action. This Stipulation may be signed electronically or by fax.

2. This Stipulation may be submitted by either party to be "so ordered" by Magistrate Judge Andrew J. Peck.

Dated: August 20, 2014

| LAW OFFICES OF JONATHAN WEINBERGER | HOFFMAN & ASSOCIATES |
|---|---|
| BY: /s/ | BY: /s/ |
| JONATHAN WEINBERGER (JW-2425) | ANDREW HOFFMANN (ASH-5517) |
| Attorney for Plaintiffs | Attorneys for Defendants |
| 880 Third Avenue, 13th Floor | 450 Seventh Avenue, Suite 1400 |
| New York, N.Y. 10022 | New York, New York 10123 |
| Tel: (212) 949-1001 | (212) 679-0400 |

SO ORDERED:
SO ORDERED: /s/ 8/25/14
Hon. Andrew Jay Peck
United States Magistrate Judge

Copy ecf: AJP Chambers

BY ECF